# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 27, 2018

Mr. Thomas M. Gould
Western District of Tennessee at Memphis
167 N. Main Street
Suite 242
Memphis, TN 38103-0000

Re: Case No. 16-6721, *USA v. Antonio Stacker*
Originating Case No. : 2:16-cr-20115-1

Dear Mr. Gould:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Calvin David Biggers Jr.
Ms. Mary C. Jermann-Robinson
Mr. Kevin G. Ritz

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 16-6721

Filed: April 27, 2018

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ANTONIO STACKER, aka Antonio Watkins

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 03/26/2018 the mandate for this case hereby issues today.

COSTS: None